E-FILED
Friday, 27 January, 2006 02:16:02 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

FILED
JAN 2 7 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

PABLO GUADALUPE MICHAEL-DURAN
c/o Hill Correctional Center

**CRIMINAL COMPLAINT**

CASE NUMBER: 06 - MJ-6005

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about January 20, 2006 in Galesburg, Knox County, in the Central District of Illinois defendant, (Track Statutory Language of Offense)

an alien, having previously been deported to Mexico on or about June 25, 1999, after his conviction in Chicago, Illinois for the commission of an aggravated felony, was found to be in the United States without the Attorney General or the Secretary of Homeland Security expressly consenting to the defendants applying for admission to the United States, in violation of 8 United States Code, Section(s) 1326(a) and (b)(2)

I further state that I am a(n) Special Agent of the U.S. Immigration and Customs Enforcement and that this Complaint is based on the following facts:

See attached Affidavit in support of Complaint which is made a part hereof.
Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_Scott L. Williams_
Signature of Complainant
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

January 27, 2006                           at    Peoria, Illinois
Date                                              City and State

John A. Gorman
United States District Judge
Name & Title of Judicial Officer                  Signature of Judicial Officer

STATE OF ILLINOIS            )
                             )   SS
COUNTY OF PEORIA             )

# AFFIDAVIT

I, Scott A. Williams, the undersigned affiant, first being duly sworn upon oath, hereby depose and state the following:

1. I am a Senior Special Agent with the United States Department of Homeland Security, Border and Transportation Security Directorate, U.S. Immigration and Customs Enforcement (ICE). I have been employed by this agency, or the legacy Immigration and Naturalization Service (INS), for more than thirteen (13) years. I am currently assigned to the Springfield, Illinois ICE Office;

2. In my employment, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including activities which constitute the illegal re-entry of aliens into the United State after such aliens have previously been lawfully deported from the United States;

3. This affidavit is made in support of the issuance of a Criminal Complaint and Warrant of Arrest against subject Pablo Guadalupe MICHEL-Duran;

4. On January 20, 2006, Senior Special Agent (SSA) Tom Merchant of the Springfield, Illinois ICE Office received a phone call from the Law Enforcement Support Center (LESC), in Williston, Vermont. An inquiry was sent to the LESC from the Hill Correctional Center, near Galesburg, Illinois, regarding MICHEL (inmate # K62832). It was discovered that MICHEL is a previously deported aggravated felon. Senior Special Agent (SSA) Bruce Pelletier, at the LESC, advised SSA Merchant that he had placed an administrative detainer against MICHEL at the Hill Correctional Center, near Galesburg, Illinois. SSA Pelletier further informed SSA Merchant that

MICHEL is an undocumented alien from Mexico who was deported from the United States after being convicted of an aggravated felon. SSA Pelletier reviewed alien file A43-795-708, which relates to MICHEL, and found no evidence that MICHEL had applied to the Secretary of Homeland Security, or his predecessor the United States Attorney General, for permission to reenter the United States after MICHEL's deportation. SSA Merchant then informed SSA Pelletier to send the file and all pertinent information regarding MICHEL to me;

5. On January 23, 2006, I received the alien registration file of MICHEL. The file shows that MICHEL is a native and citizen of Mexico who was lawfully deported from the United States to Mexico on June 25, 1999. The file contains no record of MICHEL requesting permission to apply for readmission to the United States from the Secretary of Homeland Security, or his predecessor the United States Attorney General, after his deportation. Further review of the file revealed that MICHEL was convicted, prior to his deportation, of two offenses of Mob Action (a crime of violence and an aggravated felony), on January 26, 1998, in McHenry County Circuit Court, and was sentenced to serve three-years in the Illinois Department of Corrections;

6. On January 26, 2006, I questioned MICHEL, at the Hill Correctional Center, near Galesburg, Illinois. Prior to questioning, MICHEL was advised of his constitutional rights as per Miranda, and he agreed to answer questions without an attorney present and signed the Form I-214 (Advisement of Rights). During questioning, MICHEL stated that he was previously convicted of the aggravated felony, Mob Action, and that he was lawfully deported from the United States to Mexico. MICHEL further stated that he entered the United States without the permission of the Secretary of Homeland Security or his predecessor the United States Attorney

General after his deportation. MICHEL stated that he illegally entered the United States, at the Nogales, Arizona Port of Entry by claiming to be a United States citizen;

7. MICHEL unlawfully re-entered the United States and was found ~~with~~ *within (sic)* the United States after being lawfully deported subsequent to a conviction of an aggravated felony. These alleged acts are in violation of Title 8, United States Code, Section 1326(a) and (b) (2). These alleged violations occurred in Knox County, within the Central District of Illinois.

FURTHER AFFIANT SAYETH NOT.

SCOTT A. WILLIAMS, Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn before me
this 27th day of January, 2006.

HONORABLE JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE