AO 442 (Rev. 6/95) Warrant for Arrest

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

Pablo Guadalupe Michael-Duran
c/o Hill Correctional Center

**WARRANT FOR ARREST**

CASE NUMBER: 06-MJ-6005

FILED
FEB 10 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Pablo Guadalupe Michael-Duran
                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offenses)

an alien, having previously been deported to Mexico on or about June 25, 1999, after his conviction in Chicago, Illinois for the commission of an aggravated felony, was found to be in the United States without the Attorney General or the Secretary of Homeland Security expressly consenting to the defendants applying for admission to the United States,

in violation of Title  8  United States Code, Section(s)  1326(a) and (b)(2)

John A. Gorman                    United States Magistrate Judge
Name of Issuing Officer           Title of Issuing Officer

s/ John A. Gorman                 January 27, 2006 @ Peoria, Illinois
Signature of Issuing Officer      Date and Location

Bail fixed at $ Detention Requested    by  John A. Gorman, U.S. Magistrate Judge
                                            Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendants at _____

Hill Correctional Center

| DATE RECEIVED 01/27/06 | NAME AND TITLE OF ARRESTING OFFICER Scott Williams S/A @ I.C.E | SIGNATURE OF ARRESTING OFFICER Larry Hollis |
|---|---|---|
| DATE OF ARREST 01/30/06 | | |